# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Felizardo Vale Ginete III, | Case No.: 2:26-cv-00243-CDS-BNW |
| Petitioner | **Order Granting Petitioner's Motion to Extend Time and Motion for a Status Hearing** |
| v. | |
| John Mattos, | [ECF Nos. 13, 14] |
| Respondent | |

Petitioner Felizardo Vale Ginete III requests a status hearing for the respondents to provide information regarding his location, whether he was lawfully deported, and, if so, when the deportation occurred and where he was lawfully deported. ECF No. 14. He also seeks an extension of time to file an amended petition. ECF No. 13. At this stage, it is unclear whether the government possesses documentation confirming Ginete's whereabouts. Therefore, the parties must appear for a status conference on April 17, 2026, at 10:00 a.m., in LV Courtroom 6B. The respondents must produce to the petitioner's counsel all documentation confirming the petitioner's location and all details related to his potential removal no later than April 16, 2026, at 5:00 p.m. The respondents must also provide a copy of such documentation for the court's review at the hearing.

Dated: April 10, 2026

_____
Cristina D. Silva
United States District Judge