UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Felizardo Vale Ginete, III, | Case No. 2:26-cv-00243-CDS-BNW |
| Petitioner | **Order Requiring Production of Documents** |
| v. | |
| John Mattos, et al., | |
| Respondents | |

As background, Felizardo Vale Ginete filed a petition for writ of habeas corpus on February 2, 2026. Pet., ECF No. 1. On or about March 17, 2026, counsel for the petitioner was informed that Ginete was deported to the Philippines on March 16, 2026. *See* Mot., ECF No. 14 at 2. To confirm Ginete's removal, the petitioner's counsel requested documentation and a status hearing. *See id.* at 3.

On April 17, 2026, the court held a status conference to confirm the whereabouts of the petitioner. *See* Mins., ECF No. 20. During the hearing, the United States represented that they had requested, but not yet received, the required documentation. It has been over a month since the petitioner was allegedly deported to the Philippines, but to date, neither Ginete's counsel nor the court has received any documentation to confirm this information.

Accordingly, the United States **must** provide a copy of Ginete's Form 205, as well as copies of all travel documents showing the petitioner's travel from the United States to the Philippines, by 2:00 p.m, on April 23, 2026. This matter is set for a further status hearing on April 24, 2026, at 10:30 a.m. The deadline to file an amended petition is extended to May 1, 2026.

Dated: April 20, 2026

_____
Cristina D. Silva
United States District Judge