UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Felizardo Vale Ginete III, | Case No. 2:26-cv-00243-CDS-BNW |
| Petitioner | **Order Granting Petitioner's Motion to Dismiss** |
| v. | |
| John Mattos, | [ECF No. 30] |
| Respondent | |

Counsel for petitioner Felizardo Vale Ginete III voluntarily moves to dismiss Ginete's petition for writ of habeas corpus because Ginete was lawfully removed to his country of origin and is no longer in the custody of the Department of Homeland Security. Mot., ECF No. 30. Counsel asserts that Ginete's removal renders the petition moot. *Id.* In support of their contention that the petition is moot, counsel submitted evidence showing that, on March 16, 2026, ICE officials caused Ginete's removal from the United States to the Philippines pursuant to a final order of removal. Warrant of removal, Pet.'s Ex. 2, ECF No. 30-2.

"Deportation from the United States after filing a habeas petition does not necessarily moot a petitioner's claim." *Abdala v. INS*, 488 F.3d 1061, 1063 (9th Cir. 2007). However, if the petition raises claims that were fully resolved by release from custody, then the petition becomes moot "because successful resolution of their pending claims could no longer provide the requested relief." *Id.* at 1065.

Here, Ginete challenges the legality of his continued detention and requests an order of release. *See generally* ECF No. 1. Ginete was removed from the United States. As he is no longer detained, the court is unable to grant the relief requested. Therefore, this habeas action relating to his continued detention is moot. *Koy v. Holder*, 2011 U.S. Dist. LEXIS 123441 (E.D. Cal Oct. 24, 2011) (finding a petition challenging the petitioner's continued detention as moot after the

petitioner was removed from the United States). Accordingly, because the case is moot and must be dismissed, the petitioner's motion is granted.

**Conclusion**

IT IS HEREBY ORDERED that Ginete's motion to dismiss **[ECF No. 30] is GRANTED**; therefore, this case is dismissed with prejudice as moot.

The Clerk of the Court is kindly directed to close this case.

Dated: May 21, 2026

_____
Cristina D. Silva
United States District Judge

2